UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
CINDY FULLER, Individually and on Behalf of :
All Others Similarly Situated,             :
                                           :  CASE NO.: 1:18-cv-11286
            Plaintiff,                     :
                                           :
      v.                                   :
                                           :
NEVADA GOLD & CASINOS, INC.,               :
WILLIAM J. SHERLOCK, FRANK                 :
CATANIA, WILLIAM G. JAYROE,                :
RUDOLPH K. KLUIBER, SHAWN W.               :
KRAVETZ, and FRANCIS M. RICCI,             :
                                           :
            Defendants.                    :
                                           :
                                           :
---------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: February 15, 2019                Respectfully Submitted,

                                        **MONTEVERDE & ASSOCIATES PC**

                                        /s/ Juan E. Monteverde
                                        Juan E. Monteverde
                                        The Empire State Building
                                        350 Fifth Avenue, Suite 4405
                                        New York, New York 10118
                                        Tel: 212-971-1341
                                        Fax: 212-202-7880

                                        *Attorney for Plaintiff*